GEORGE W. MILLAR and WILLIAM D. MAY, *Respondents, v.* ENOCH W. PAGE, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements.

WATSON C. SQUIRE and PETER BOWE, *Sheriff, etc., Appellants, v.* HENRY VILLARD, *Respondent.* — Order modified as directed, and affirmed as modified, without costs. Opinion by DANIELS, J.

IRVIN H. McBRIDE and FRANK W. PALMER, *Respondents, v.* JOHN READ and HENRY BRIEN, *Appellants, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements.

PHOEBE FELLOWS, *Plaintiff, v.* TRENOR W. PARK, *Defendant.* — Motion to dismiss appeal denied. Order modified as stated in opinion, and affirmed as modified, without costs. Opinion by DANIELS, J.

HOWARD W. COSTER and another, *Executors, etc., Plaintiffs, v.* BENJAMIN P. FAIRCHILD and others, *Defendants.* LEOPOLD FRIEDMAN, *Purchaser.* — Order affirmed, without costs. Opinion by DANIELS, J.